# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLORECE FAYE KICKING WOMAN *a/k/a Clorece Champine*, <br><br> Defendant. | CR 15-22-GF-BMM <br><br><br> **ORDER** |

Defendant has moved for an early termination of her probation under 18 U.S.C. § 3564(c). The Government does not oppose the motion. (*See* Doc. 71 at 1). Defendant's probation officer takes no position on this motion. (*See* Doc. 71 at 2).

Defendant pleaded guilty to federal welfare assistance fraud on November 12, 2015. Defendant was sentenced to 21 months of probation. (Doc. 61). Defendant began her probation on November 15, 2015. Defendant has been on probation for approximately 14 months. The record reflects that Defendant has complied with the terms of her probation. (Doc. 72 at 2). Defendant does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of probation.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Probation (Doc. 71) is GRANTED.

2. Defendant is DISCHARGED from probation.

DATED this 8th day of February, 2017.

_____
Brian Morris
United States District Court Judge